## United States Court of Appeals for the Second Circuit
### Thurgood Marshall U.S. Courthouse
### 40 Foley Square
### New York, NY 10007

| | |
|---|---|
| ROBERT A. KATZMANN<br>CHIEF JUDGE | CATHERINE O'HAGAN WOLFE<br>CLERK OF COURT |

Date: September 09, 2015
Docket #: 15-120cv
Short Title: United Veterans Memorial and P v. City of New Rochelle

DC Docket #: 13-cv-5241
DC Court: SDNY (WHITE PLAINS)
DC Judge: Seibel

## VERIFIED ITEMIZED BILL OF COSTS

Counsel for
__Defendants Appellees__

respectfully submits, pursuant to FRAP 39 (c) the within bill of costs and requests the Clerk to prepare an itemized statement of costs taxed against the
__Plaintiffs Appellants, United Veterans Memorial and__ Patriotic Association and Peter Parente

and in favor of
__Defendants Appellees__

for insertion in the mandate.

Docketing Fee  ___-_____

Costs of printing appendix (necessary copies _____) _____

Costs of printing brief (necessary copies ___9___) ___$625.00___

Costs of printing reply brief (necessary copies _____) _____

(VERIFICATION HERE)

_[signature]_ 9/17/15

MATHEW T. DUDLEY
NOTARY PUBLIC, State of New York
No. 02DU6269716
Qualified in New York County
Term Expires October 1, 2016

_[signature]_
Signature



## COUNSEL PRESS

**BILL OF COSTS**

**CLIENT:** Wilson Elser Moskowitz Edelman
& Dicker, LLP
1133 Westchester Avenue
White Plains, NY 10604

**ATTN:** Eliza M. Scheibel, Esq.

**RE:** United Veterans Memorial v. City of New Rochelle
**INVOICE:** 9058133
**COURT:** USCOA - 2nd Cir.

| APPELLEE'S BRIEF | COPIES | UNITS | | COST | | TOTAL |
|---|---|---|---|---|---|---|
| Cover(s) - Binding Included | | 1 | @ $ | 135.00 | $ | 135.00 |
| Reproduction | 9 | 66 | @ $ | 0.8249 | $ | 490.00 |
| Electronic File Production and Review | | 1 | @ $ | 65.00 | $ | 65.00 |
| File(s) Uploaded | | 1 | @ $ | 35.00 | $ | 35.00 |
| Filing of Documents | | 1 | @ $ | 75.00 | $ | 75.00 |
| Federal Express - To Client | | 1 | @ $ | 28.00 | $ | 28.00 |
| | | | **SUB-TOTAL:** | | $ | 828.00 |
| | | | **APPLICABLE SALES TAX:** | | $ | - |
| | | | **TOTAL:** | | $ | 828.00 |

www.counselpress.com
Counsel Press LLC • 460 West 34th Street • 4th Floor • New York, NY 10001
(212) 685-9800 • (800) 4-APPEAL • (212) 447-1621 (facsimile)
Boston, MA • Buffalo, NY • Chicago, IL • Delhi, NY • Iselin, NJ • Los Angeles, CA • New York, NY • Philadelphia, PA • Richmond, VA • Rochester, NY • Syracuse, NY • Washington, DC